**No. 26-1399**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

---

DON GIBSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; LAUREN CRISS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; JOHN MEINERS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; DANIEL UMPA,
*Plaintiffs-Appellees,*

v.

NATIONAL ASSOCIATION OF REALTORS; COMPASS, INC.; EXP WORLD HOLDINGS, INC.; REDFIN CORPORATION; WEICHERT CO.; UNITED REAL ESTATE; DOUGLAS ELLIMAN, INC.; BERKSHIRE HATHAWAY ENERGY COMPANY; HOMESERVICES OF AMERICA; BHH AFFILIATES, LLC; HSF AFFILIATES, LLC; THE LONG & FOSTER COMPANIES, INC.; KELLER WILLIAMS REALTY, INC.; FIVE D I, LLC, DOING BUSINESS AS UNITED REAL ESTATE,
*Defendants*

v.

HANNA HOLDINGS, INC.,
*Defendant – Appellee*

v.

DOUGLAS ELLIMAN REALTY, LLC; AT WORLD PROPERTIES, LLC; THE REAL BROKERAGE, INC.; REAL BROKER, LLC; REALTY ONE GROUP, INC.; HOMESMART INTERNATIONAL, LLC; ENGEL & VOLKERS GMBH; ENGEL & VOLKERS AMERICAS, INC.; NEXTHOME, INC.
*Defendants*

v.

EXIT REALTY CORP. INTERNATIONAL; EXIT REALTY CORP. USA; WINDERMERE REAL ESTATE SERVICES COMPANY, INC.; WILLIAM L LYON & ASSOCIATES, INC.; WILLIAM RAVEIS REAL ESTATE, INC.
*Defendants-Appellees*

v.

JOHN L. SCOTT REAL ESTATE AFFILIATES, INC.; THE KEYES COMPANY; ILLUSTRATED PROPERTIES, LLC; PARKS PILKERTON VILLAGE REAL ESTATE; CRYE-LEIKE, INC.; BAIRD & WARNER REAL ESTATE, INC.; REAL ESTATE ONE, INC.; THE K COMPANY REALTY, LLC, DOING BUSINESS AS LOKATION; EXP REALTY, LLC; WEICHERT REAL ESTATE AFFILIATES, INC.; JOHN L. SCOTT, INC.; KNIE & SHEALY; PATRICK EUGENE KNIE
*Defendants*

v.

SPRING WAY CENTER, LLC; NANCY WEHRHEIM; JOHN MORATIS; NANCY MORATIS; DANIELLE KAY; JESSIE KAY; KAITLYN SLAVIC; MARIA IANNOME
*Objectors - Appellants*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Case No. 4:23-cv-0078-SRV, Hon. Stephen R. Bough

---

**APPELLANTS' STATEMENT OF ISSUES ON APPEAL**

AND NOW, Objector/Appellant Spring Way Center LLC, by and through its undersigned counsel, files this preliminary Statement of Issues on Appeal:

1. Did the trial court err in certifying a class for settlement when:

    a. The settlement class was significantly different from and enormously broader than the class pleaded in the Complaint;

    b. The settlement class was significantly different from and enormously broader than the class previously certified; and/or

    c. The settlement class was significantly different from and enormously broader than the class for which discovery was conducted?

2. Did the trial court err in approving a settlement when the weight of the evidence, including a prior judgment of the same court, showed that the settlement amount was grossly disproportionate to the harm caused by the settling defendants, by orders of magnitude, and did not account in any way for statutory trebling of damages?

3. Did the trial court err in imposing an additional requirement that objectors appear in person at the settlement hearing which was not contained in the notice to the purported class, had no legal justification, and demanded not just counsel but the objectors themselves travel to the Western District of Missouri for a hearing at which no evidence was taken, on pain of waiver of their objections?

4. Did the trial court err in deeming the objections of all objectors who were not able to travel to the Western District of Missouri with minimal notice waived?

5. Did the trial court err in approving a settlement which did not serve the interests of the settlement class in that, *inter alia*, it:

    a. Did not take into account the differing factual bases of the claims of the original certified class and those of the members of the expanded, nationwide settlement class; and/or

    b. Accepted grossly insufficient evidence supporting key elements of settlement approval, including but not limited to ability to pay of the settling defendants?

6. Did the trial court err by failing to hold a sufficient evidentiary hearing on the approval of the settlement?

Dated: April 17, 2026

Respectfully submitted,

*/s/ D. McArdle Booker*

Bruce C. Fox (PA 42576)
Andrew J. Horowitz
(PA 311949)
D. McArdle Booker
(PA 320890)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219

(412) 556-1500 (Phone)
(412) 281-1530 (Fax)

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing with the Clerk of the Eighth Circuit by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ D. McArdle Booker*

*Counsel for Appellants*