**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**Appeal No. 26-1399**

<table>
<tr><td>Don Gibson, et al.,<br><br>Plaintiff-Appellees,<br><br>v.<br><br>Spring Way Center, LLC; Nancy Wehrheim; John Moratis; Nancy Moratis; Danielle Kay; Jessie Kay; Kaitlyn Slavic; Maria Iannome,<br><br>Objectors-Appellants</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>MOTION FOR STAY OF APPEAL</td></tr>
</table>

**MOTION TO STAY PROCEEDINGS**

Objectors-Appellants, Spring Way Center, LLC, Nancy Wehrheim, John Moratis, Nancy Moratis, Danielle Kay, Jessie Kay, Kaitlyn Slavic, Maria Iannome, and Defendant-Appellee Hanna Holdings, Inc., by and through their undersigned counsel, jointly move the Court pursuant to Rule 27 of the Federal Rules of Appellate Procedure for an order staying this appeal and holding the briefing schedule in abeyance pending this Court's ruling in *Burnett et al. v. Spring Way Center, LLC, et al.*, No. 24-2168 (8th Cir.) and *Burnett et al. v. Spring Way Center, LLC, et al.*, No. 24-3444 (8th Cir.). Objectors-Appellants have conferred with counsel for Plaintiffs-Appellees regarding the substance of this motion, and they have stated that they do not oppose the relief requested herein. Counsel for Objectors-Appellants and Hanna Holdings state as follows:

1. On February 5, 2026, the court in *Gibson et al. v. National Association of Realtors et al.*, No. 23-cv-00788-SRB (W.D. Mo.), granted final approval of a nationwide class settlement between the plaintiff settlement class and Hanna Holdings, Inc. *See Gibson*, ECF No. 866 ("*Gibson* Final Approval Order").

2. The *Gibson* Final Approval Order overruled Objectors-Appellants' objection to the Gibson settlement. *Gibson*, ECF No. 866 at ¶¶ 64-71. The *Gibson* Final Approval Order states that non-excluded "Settlement Class Members are hereby enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member any Released Claims against any of the Released Parties." *Gibson*, ECF No. 866 at ¶ 93. "Released Claims include any…claims…that arise from or relate to conduct that was alleged or could have been alleged in the Actions based on any or all of the same factual predicates for the claims alleged in the Actions…. For the avoidance of doubt, this injunction extends to claims arising from or relating to transactions where Settlement Class members either sold or purchased a home on any MLS nationwide, regardless of affiliation or association with NAR or not, and thus includes, e.g., NWMLS, WPML, and REBNY/RLS." *Id.* ¶ 93.

3. Objectors-Appellants, who sold homes during the *Gibson* settlement class period, are non-excluded Settlement Class members in *Gibson*, as well as named plaintiffs in the case *Moratis v. West Penn Multi-List, Inc., et al.*, No. 23-cv-

2061-WSS (W.D. Pa.). The *Gibson* Final Approval Order releases and enjoins Objectors-Appellants from pursuing their claims in *Moratis*.

4. On March 5, 2026, Objectors-Appellants appealed the *Gibson* Final Approval Order.

5. Also currently pending are Objectors-Appellants' similar appeals to this Court of the same district court's approval of nationwide class settlements in *Burnett et al. v. National Association of Realtors et al.*, No. 19-cv-00332-SRB (W.D. Mo.). *See Burnett*, No. 24-2168; *Burnett*, No. 24-3444 (together, the "*Burnett* Appeals").

6. The *Burnett* Appeals are fully briefed and were argued on January 14, 2026.

7. The issues designated by Objectors-Appellants in the *Burnett* Appeals are substantially the same as those designated by Objectors-Appellants in this appeal.

8. Accordingly, to preserve the judicial and party resources of this Court, Objectors-Appellants and Hanna Holdings respectfully request that the Court stay proceedings as to Objectors-Appellants and Hanna Holdings pending the outcome of the *Burnett* Appeals.

9. Upon the Eighth Circuit's ruling on the *Burnett* Appeals, Objectors-Appellants' counsel will promptly notify the Court.

WHEREFORE, Objectors-Appellants and Hanna Holdings respectfully move this Court for a stay as to Objectors-Appellants Spring Way Center, LLC, Nancy Wehrheim, John Moratis, Nancy Moratis, Danielle Kay, Jessie Kay, Kaitlyn Slavic, Maria Iannome and Defendant-Appellee Hanna Holdings in this case.

Dated: April 23, 2026

/s/ *D. McArdle Booker*
Bruce C. Fox
D. McArdle Booker
Andrew J. Horowitz
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 556-1500
mcardle.booker@obermayer.com
bruce.fox@obermayer.com
andrew.horowitz@obermayer.com

*Attorneys for Objectors-Appellants Spring Way Center, LLC, Nancy Wehrheim, John Moratis, Nancy Moratis, Danielle Kay, Jessie Kay, Kaitlyn Slavic, and Maria Iannome*

Respectfully Submitted,

/s/ *David Z. Gringer*
David Z. Gringer
Emily Barnet
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center 250
Greenwich Street New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman
Claire M. Bergeron
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com

John R. Brumberg
William Pietragallo II
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

One Oxford Center, 38th Floor
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Defendant-Appellee*
*Hanna Holdings, Inc.*

## COMBINED CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). The substantive portion of this motion contains 568 words and the motion including caption and signature blocks contains 775 words. This brief has been prepared in 14-point Times New Roman font in compliance with Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6).

This brief has been filed electronically in non-scanned PDF format. The file has been scanned for viruses and is virus-free.

*/s/ D. McArdle Booker*
Attorney for Objector-Appellants Spring Way Center, LLC, Nancy Wehrheim, John Moratis, Nancy Moratis, Danielle Kay, Jessie Kay, Kaitlyn Slavic, and Maria Iannome